United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NUVIA YESSENIA MARTINEZ-VENTURA, | § § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-03118 |
| KRISTI NOEM, *et al.*, | § § § § | |
| Respondents. | § | |

### ORDER OF DISMISSAL

Pending is Petitioner's notice of voluntary dismissal. *See* Doc. No. 30. Pursuant to Federal Rule of Civil Procedure 41(a), the Court **ORDERS** as follows:

1. Petitioner's notice or motion for voluntary dismissal (Doc. No. 30) is **GRANTED.**

2. This case is **DISMISSED** without prejudice.

3. All other pending motions, if any, are **DENIED as MOOT.**

The Clerk will enter this Order and provide a copy to all parties of record.

SIGNED this ___30___ day of May 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE